| | |
|---|---|
| 1 | Pal Lengyel-Leahu   State Bar No. 147153 |
| | IMHOFF & ASSOCIATES, P.C. |
| 2 | 2530 Wilshire Blvd |
| | Santa Monica, CA 90403 |
| 3 | (310) 315-1100- Phone |
| | (310) 315-1152- Fax |
| 4 | |
| | *Attorney for Defendant* |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | Case No.: 2:07-cr-00421-LKK-1 |
| Plaintiff, | |
| vs. | **ORDER ON APPLICATION TO SUBSTITUTE DEFENSE COUNSEL;** |
| James Ahn | |
| Defendant. | |

Having considered the Application to Substitute as Counsel of Record;
IT IS HEREBY ORDERED that the application is:

__X__ **GRANTED** and Pal Lengyel-Leahu is added as counsel of record for defendant James Ahn in place of Assistant Federal Defender Dennis Waks.

____ DENIED for the following reasons:

Entered this 5th day of October, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*MOTION TO SUBSTITUTE COUNSEL*

## **PROOF OF SERVICE**

I am over eighteen years of age, a resident of Los Angeles County, California and not a party to the within action. My address is 2530 Wilshire Blvd, Santa Monica, CA 90403.

On the date referenced below, I served the following document described as:

### **PROPOSED ORDER ON APPLICATION TO SUBSTITUTE COUNSEL**

By mailing a copy of the motion or electronic service through ECF to:

**RUSSELL LEE CARLSBERG**
**MARY L. GRAD**
501 I Street
Suite 10-100
Sacramento, CA  95814

**DENNIS S. WAKS**
Office of Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95608

**SHANNON M. DORVALL**
2530 Wilshire Blvd.
Santa Monica, CA  90403

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

Executed at SANTA MONICA, CALIFORNIA

Date:  October 2, 2007

_____/s/_____
PAL LENGYEL-LEAHU
Attorney for Defendant

*MOTION TO SUBSTITUTE COUNSEL*