Shannon M. Dorvall    State Bar No. 241589
IMHOFF & ASSOCIATES, P.C.
2530 Wilshire Blvd
Santa Monica, CA 90403
(310) 315-1100- Phone
(310) 315-1152- Fax

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    vs.<br><br>James Ahn<br><br>        Defendant. | Case No.: 2:07-cr-00421-LKK-1<br><br>**ORDER ON APPLICATION TO SUBSTITUTE/JOIN AS DEFENSE COUNSEL;** |

   Having considered the Application to Substitute/Join as Counsel of Record; IT IS HEREBY ORDERED that the application is:

**__X_  GRANTED** and Shannon Dorvall is added as counsel of record for defendant James Ahn in place of Assistant Federal Defender Dennis Waks.

____   DENIED for the following reasons:

Entered this 5th day of October, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*MOTION TO SUBSTITUTE COUNSEL*

## **PROOF OF SERVICE**

I am over eighteen years of age, a resident of Los Angeles County, California and not a party to the within action. My address is 2530 Wilshire Blvd, Santa Monica, CA 90403.

On the date referenced below, I served the following document described as:

**ORDER ON APPLICATION TO SUBSTITUTE/JOIN as DEFENSE COUNSEL**

By mailing a copy of the motion or electronic service through ECF to:

**RUSSELL LEE CARLSBERG**
**MARY L. GRAD**
501 I Street
Suite 10-100
Sacramento, CA  95814

**DENNIS S. WAKS**
Office of Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95608

By personal service to:

**PAL LENGYEL-LEAHU**
Imhoff & Associate, P.C.
2530 Wilshire Blvd
Santa Monica, CA  90403

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

Executed at SANTA MONICA, CALIFORNIA

Date:  October 2, 2007

_____/s/_____
SHANNON M. DORVALL
Co-Counsel for Defendant