IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   CR. No. 2:07-cr-00421 LKK
            Plaintiff,      )
                            )
       v.                   )
                            )   TIME EXCLUSION ORDER
JAMES S. AHN, and           )
ROBERT HO,                  )
                            )
            Defendants.     )
_____)

   Upon motion of the government and both defendants, the Court continues the next status conference in this case to November 14, 2007 at 9:30 a.m.. According to all counsel there is substantial discovery in this case.  Moreover, defense counsel have just substituted into the case.  The continuance is necessary for defense counsel adequately to review the discovery provided by the government and to conduct further investigation in the case. See 18 U.S.C. § 3161 (h)(8)(B)(iv) [Local Code T4].

   The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time, therefore, will be excluded under the Speedy Trial Act as to both defendants from October 16, 2007 up to and including November 14, 2007.

DATE: October 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT