**FILED**
November 1, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                    )<br>                    Plaintiff,          )<br>v.                                               )<br>                                                    )<br>JAMES AHN,                              )<br>                                                    )<br>                    Defendant.       ) | Case No. 2:07CR00421-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES AHN , Case No.  2:07CR00421-LKK , Charge   21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    _✔_  Bail Posted in the Sum of $ 200,000.00

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    _✔_  (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  November 1, 2007  at  3:21 pm .

                                By     /s/ Gregory G. Hollows
                                       Gregory G. Hollows
                                       United States Magistrate Judge

Copy 5 - Court