John Y. Lee, SBN#152477
Law Offices of John Y. Lee
800 Wilshire Blvd, Ste. 530
Los Angeles, California 90017
Office: (213) 489-7361
Fax: (213) 489-9705
criminal.attorney@att.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES AHN, AND ROBERT HO,<br><br>Defendants | ) Case No.: No. 2:07-0-0421<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) PRETRIAL CONFERENCE AND EXCLUDING<br>) TIME.<br>)<br>) STATUS DATE: November 14, 2007<br>) TIME: 9:30 A.M.<br>) COURT: Judge Lawrence K. Karlton<br>) |

It is hereby stipulated and agreed to between the United States of America, through Mary Grad, Assistant

United States Attorney; defendant Robert Ho, by and through his counsel, John Y. Lee; and defendant James Ahn,

and by and through his counsel, Pal Lengyel-Leahu, that the pretrial date be continued until January 15, 2008.

There is still outstanding discovery that the Government and the defense are trying to obtain to review and

prepare before the Status conference date.

IT IS FURTHER STIPULATED that the period from November 14, 2007 through and including January

15, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act,

pursuant to 18 U.S.C. § 3151(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 8, 2007                           Respectfully submitted,

                                                  /s/ John Y. Lee

                                                  _____

                                                  John Y. Lee
                                                  Attorney for Robert Ho

-1-

1

/s/ John Y. Lee for

_____

2

Pal Lengyel-Leahu
Attorney for James Ahn

3

/s/ John Y. Lee for

4

_____

Mary Grad
Assistant United States Attorney

5

6

ORDER

7

8

IT IS SO ORDERED: The Status conference will be continued from November 14, 2007 until January 15, 2008 at 9:30 a.m.

9

Dated: November 8, 2007

10

11

12

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25