1  John Y. Lee, SBN#152477
   Law Offices of John Y. Lee
2  800 Wilshire Blvd, Ste. 530
   Los Angeles, California 90017
   Office: (213) 489-7361
3  Fax: (213) 489-9705
   criminal.attorney@att.net
4

5                IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,           )  Case No.: No. 2:07-0-0421
                                       )
9          Plaintiff,                  )  STIPULATION AND ORDER TO CONTINUE
                                       )  PRETRIAL CONFERENCE AND EXCLUDING
                                       )  TIME.
10    vs.                              )
                                       )  PRETRIAL DATE: January 15, 2008
11 JAMES AHN, AND ROBERT HO,           )  TIME: 9:00 A.M.
                                       )  COURT: Judge Lawrence K. Karlton
12         Defendants                  )

13     It is hereby stipulated and agreed to between the United States of America, through Mary Grad, Assistant

14 United States Attorney; defendant Robert Ho, by and through his counsel, John Y. Lee; and defendant James Ahn,

15 and by and through his counsel, Pal Lengyel-Leahu, that the pretrial date be continued until March 4, 2008.

16     There is still outstanding discovery that the Government and the defense are trying to obtain to review and

17 prepare before the pretrial conference date and counsel for Robert Ho just had cataract surgery.

18     IT IS FURTHER STIPULATED that the period from January 15, 2008 through and including March 4,

19 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to

20 18 U.S.C. § 3151(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

21 Dated: January 10, 2008                      Respectfully submitted,

22                                              /s/ John Y. Lee

23                                              _____
                                                John Y. Lee
24                                              Attorney for Robert Ho

25

/s/ John Y. Lee for
_____
Pal Lengyel-Leahu
Attorney for James Ahn

/s/ John Y. Lee for
_____
Mary Grad
Assistant United States Attorney

ORDER

IT IS SO ORDERED: The Status Conference will be continued from January 15, 2008 until March 4, 2008.

Dated:  January 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT