John Y. Lee, SBN#152477
Law Offices of John Y. Lee
800 Wilshire Blvd, Ste. 530
Los Angeles, California 90017
Office: (213) 489-7361
Fax: (213) 489-9705
criminal.attorney@att.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT HO,<br><br>            Defendants | Case No.: Cr. S-07-0421 LKK<br><br>STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND EXCLUDING TIME.<br><br>PRETRIAL DATE: March 4, 2008<br>TIME: 9:00 A.M.<br>COURT: Judge Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America, through Russell L. Carlberg, Assistant United States Attorney; defendant Robert Ho, by and through his counsel, John Y. Lee; and defendant James Ahn, and by and through his counsel, Pal Lengyel-Leahu, that the pretrial date be continued until May 6, 2008.

There is still outstanding discovery that the Government and the defense are trying to obtain to review and prepare before the pretrial conference date, which should be resolved before the next court date. Moreover, counsel for Robert Ho has an initial appearance for another defendant in a Federal drug matter on the same date in Topeka, Kansas.

//

//

//

//

1   IT IS FURTHER STIPULATED that the period from March 4, 2008 through and including May 6, 2008,

2  be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18

3  U.S.C. § 3151(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

4  Dated: February 28, 2008                                Respectfully submitted,

5                                                          /s/ John Y. Lee

6                                                          _____
                                                           John Y. Lee
                                                           Attorney for Robert Ho

7                                                          /s/ John Y. Lee for

8                                                          _____
                                                           Pal Lengyel-Leahu
                                                           Attorney for James Ahn

9

10                                                         /s/ John Y. Lee for

                                                           _____
11                                                         Russell L. Carlberg
                                                           Assistant United States Attorney

12

13                                     ORDER

14  IT IS SO ORDERED; Status conference will be continued from March 4, 2008 until May 6, 2008.

15  Dated:  March 3, 2008

16

17  _____
    LAWRENCE K. KARLTON
18  SENIOR JUDGE
    UNITED STATES DISTRICT COURT