1  McGREGOR W. SCOTT
   United States Attorney
2  MARY GRAD
   RUSSELL CARLBERG
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 2:07-CR-00421 LKK |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
|  | ) | CONTINUE STATUS CONFERENCE |
| v. | ) |  |
|  | ) | DATE: May 6, 2008 |
| JAMES S. AHN, and | ) | TIME: 9:30 a.m. |
| ROBERT HO, | ) | COURT: Hon. Lawrence K. Karlton |
|  | ) |  |
| Defendants. | ) |  |

It is stipulated between the United States of America, through Russell Carlberg, Assistant United States Attorney, defendant James S. Ahn, by and through his counsel, Pal Lengyel-Leahu, and Robert Ho, by and through his counsel, James Lee, that the status conference currently set for May 6, 2008, at 9:30 a.m., be vacated and that a further status conference be set for July 22, 2008, at 9:30 a.m. or as soon thereafter as the Court is available.

This continuance is necessary as the government has provided additional discovery and defense counsel will need time to review this discovery. So, the parties agree that the time from May 6, 2008, up to and including July 22, 2008, should be excluded from the

1

70 days allowed under the Speedy Trial Act for attorney preparation, under 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4.

DATED: May 2, 2008                    McGREGOR W. SCOTT
                                      United States Attorney


                                       /s/ Russell Carlberg
                                      RUSSELL CARLBERG
                                      MARY GRAD
                                      Assistant U.S. Attorneys



DATED: May 2, 2008
                                       /s/ Russell Carlberg for
                                      PAL A. LENGYEL-LEAHU
                                      Attorney for Defendant
                                      James S. Ahn

DATED: May 2, 2008
                                       /s/ Russell Carlberg for
                                      JOHN Y. LEE
                                      Attorney for Defendant
                                      Robert Ho


## [P R O P O S E D]   O R D E R

**IT IS SO ORDERED THAT** the status conference currently set for May 6, 2008 is hereby vacated and a new status conference is set for July 22, 2008.  The interests of justice compel the exclusion of time through July 22, 2008, under 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4.


DATED: May 5, 2008

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT