Shannon M. Dorvall   State Bar No. 241589
Pal Lengyel-Leahu   State Bar No. 147153
IMHOFF & ASSOCIATES, P.C.
2530 Wilshire Blvd
Santa Monica, CA 90403
(310) 315-1100- Phone
(310) 315-1152- Fax

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| USA, | Case No.: 2:07-cr-00421-LKK-1 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO** |
| James Ahn and Robert Ho, | **CONTINUE STATUS CONFERENCE** |
| Defendant. | |
| | DATE:  July 22, 2008<br>TIME:  9:30 a.m.<br>COURT:  Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America, through Mary Grad, Assistant United States Attorney; defendant Robert Ho, by and through his counsel, John Y. Lee; and defendant James Ahn, and by and through his counsel, Pal Lengyel-Leahu and Shannon Dorvall, that the status conference currently set for July 22, 2008 at 9:30 a.m. date, be vacated and that a further status conference be set for September 23, 2008, at 9:30 a.m. or as soon thereafter as the Court is available.

There is still outstanding discovery that the Government and the defense are trying to obtain to review and prepare before the pretrial conference date.  Also, counsel for defendant Pal Lengyel-Leahu has a family emergency that requires he be in Phoenix, Arizona on July 22, 2008.

IT IS FURTHER STIPULATED that the period from July 22, 2008 through and including September 23, 2008, be excluded in computing the time within which trial must

*STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE*

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3151(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 18, 2008.

Respectfully submitted,
IMHOFF & ASSOCIATES, P.C.

/s/ Shannon M. Dorvall
_____
By    Shannon M. Dorvall
Co-Counsel for James Ahn

Dated July 18, 2008

/s/ Shannon M. Dorvall for
_____
Pal Lengyel-Leahu
Attorney for James Ahn

Dated July 18, 2008

/s/ Shannon M. Dorvall for
_____
John Y. Lee
Attorney for Robert Ho

Dated July 18, 2008

/s/ Shannon M. Dorvall for
_____
Mary Grad
Assistant United States Attorney

PROPOSED ORDER

IT IS SO ORDERED; status conference currently set for July 22, 2008 is hereby vacated and a new status conference is set for September 23, 2008. The interests of justice compel the exclusion of time through September 23, 2008, under 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4.

Dated: July 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE*