IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:07-CR-421-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT |
| ) | |
| ROBERT HO and JAMES AHN, ) | |
| ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

The parties appeared before the Court on September 23, 2008 at 9:15 a.m. The government was represented by Assistant U.S. Attorney Mary L. Grad, Defendant Ho was represented by John Lee, and Defendant Ahn was represented by Pal Lengyl-Lehau. At the request of all parties the status conference was continued until December 8, 2008 at 1:30 p.m. The government has provided each defendant with a proposed plea agreement. Counsel for the defendants need time to discuss the plea agreement with their clients and to undertake further investigation in the case.

Accordingly, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. §§

PDF created with pdfFactory trial version www.pdffactory.com

1  (h)(8)(B)(iv) and time, therefore, will be excluded from September
2  23, 2008 through December 8, 2008.
3
   DATE: September 24, 2008
4
5
6
7           LAWRENCE K. KARLTON
            SENIOR JUDGE
8           UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PDF created with pdfFactory trial version www.pdffactory.com