IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>ROBERT HO and JAMES AHN,<br><br>           Defendant | CR. No.  2:07-CR-421-LKK<br><br>STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

    The parties are schedule to appear before the Court on December 8, 2008 at 1:30 p.m.  The parties stipulate and hereby request that the status conference be continued until February 3, 2009 at 9:15 a.m.  The government has provided each defendant with a proposed plea agreement.  Counsel for the defendants need time to discuss the plea agreement with their clients and to undertake further investigation in the case.

    Accordingly, the parties stipulate and request that the Court find that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. §§  (h)(8)(B)(iv) and time,
///

1

1  therefore, will be excluded from December 8, 2008, to February 3,
2  2009.
3
4
5  DATE:   _____          McGREGOR W. SCOTT
                                            United States Attorney
6
7                                           _/s/ Mary L. Grad_____
                                            Mary L. Grad
8                                           Assistant U.S. Attorney
9
                                             /s/ Pal Lengyl-Lehau
10                                           Pal Lengyl-Lehau
                                             Attorney for Defendant Ahn
11
12                                          /s/ John Lee
                                            John Lee
13                                          Attorney for Defendant Ho
14
15 SO ORDERED.
16
   DATE: December 4, 2008
17
18
                                            _____
19                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
20                                          UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

2