1  John Y. Lee, Bar #152477
   Law Offices of John Y. Lee
2  800 Wilshire Boulevard, Suite 530
   Los Angeles, California 90017
3  Tel:(213) 489-7361
   Fax:(213) 489-9705
4  criminal.attorney@att.net

5  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No.  2:07-CR-421-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| vs. | ) | CONTINUANCE AND EXCLUSION OF |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ROBERT HO and JAMES AHN, | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before the Court on February 6, 2009 at 1:30 p.m. The parties stipulate and hereby request that the status conference be continued until March 24, 2009 at 9:15 a.m.  Counsels are still in the process of further settlement negotiation.

Accordingly, the parties stipulate and request that the Court find that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. §§  (h) (8) (B) (iv) and time, therefore will be excluded from February 6, 2009, to March 24, 2009.

1 | DATE: February 3, 2009

2 | Respectfully submitted,

3 | /s/ John Y.Lee

4 | JOHN Y. LEE
Attorney for Defendant Ho

6 | /s/ John Y. Lee for

7 | MARY L. GRAD
8 | Assistant U.S. Attorney

9 | /s/ John Y. Lee for

10 | PAL LENGYL-LEHAU
11 | Attorney for Defendant Ahn

13 | SO ORDERED

14 | DATE: February 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT