IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT HO and JAMES AHN, ) <br> ) <br> Defendant ) <br> _____) | CR. No. 2:07-CR-421-LKK <br><br> ORDER FOR EXCLUSION OF TIME <br> UNDER THE SPEEDY TRIAL ACT |

The counsel for the parties appeared before the court on March 24, 2009. Neither defendant appeared as each has a waiver of appearance on file with the court. Counsel informed the court that defendant Ho intended to file a Motion to Suppress Evidence in the case and the following briefing schedule was set by the court: Defendant Ho to file a Motion to Suppress Evidence on or before April 28, 2009; Government opposition to the motion to be filed on or before May 19, 2009; defendant to file optional reply brief on or before May 26; and the non-evidentiary hearing to take place on June 2, 2009 at 9:15 a.m.

Defendant Ho's counsel needs time to prepare the motion to suppress. Accordingly, the parties agreed and stipulated that the

1

Court find that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. §§ (h)(8)(B)(iv) and time, therefore, will be excluded from March 24, 2009, to April 23, 2009, 2009. Thereafter time will be excluded until June 2, 2009 due to the pending motion to suppress.

SO ORDERED.

DATE: April 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT