IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>JAMES AHN,                    )<br>                              )<br>           Defendant          )<br>_____) | CR. No.  2:07-CR-421-LKK<br><br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |

The parties appeared before the Court on June 2, 2009 at 9:15 a.m.  The government was represented by Assistant U.S. Attorney Mary L. Grad and Defendant Ahn was represented by Pal Lengyl-Lehau.  At the request of the parties, the court set a trial date of September 22, 2009 at 10:30 a.m. with Trial Confirmation Hearing to take place on August 25, 2009 at 9:15 a.m.

Counsel have conferred and each party's schedule necessitates that the trial occur no earlier than September 22, 2009 to accommodate defense counsel's trial schedule and to ensure adequate time to prepare for trial.  Accordingly, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy

trial, 18 U.S.C. §§ (h)(8)(B)(iv) and time, therefore, will be excluded from June 2, 2009 through September 22, 2009.

DATE: June 8, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT