```
LAWRENCE G. BROWN
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-421-LKK |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| JAMES S. AHN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment against defendant JAMES S. AHN.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure

DATED: August 18, 2009          LAWRENCE G. BROWN
                                United States Attorney


                                By  /s Mary L. Grad
                                   MARY L. GRAD
                                Assistant U.S. Attorney

1

O R D E R

It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against JAMES S. AHN.

DATED: August 19, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2