Shannon M. Dorvall   State Bar No. 241589
Pal Lengyel-Leahu   State Bar No. 147153
IMHOFF & ASSOCIATES, P.C.
2530 Wilshire Blvd
Santa Monica, CA 90403
(310) 315-1100- Phone
(310) 315-1152- Fax

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | Case No.:  2:07-cr-00421-LKK-1 |
| Plaintiff, | |
| vs. | **REQUEST AND ORDER TO EXONERATE BOND** |
| James Ahn and Robert Ho, | |
| Defendant. | |

Defendant James Ahn, respectfully requests an order from this Court exonerating the Appearance Bond securing the appearance of Mr. Ahn in this case.

Defendant Ahn makes this request based on this Court's August 19, 2009 order granting the government's motion to dismiss the indictment without prejudice.

WHEREFORE, on behalf of James Ahn and the sureties who signed the appearance bond for Mr. Ahn, I am respectfully requesting this Court order the exoneration of Appearance Bond and also order the Clerk of Court to reconvey the sureties' property as shown in the attached Deed of Trust filed in California for $40,000.00 (forty thousand dollars and no/100) and the attached Deed of Trust filed in Maryland for $160,000.00 (one hundred sixty thousand dollars and no/100).

Dated:  October 7, 2009.

Respectfully submitted,

/s/ Shannon M. Dorvall

By       Shannon M. Dorvall
          Attorney for James Ahn

*REQUEST AND PROPOSED ORDER TO EXONERATE BOND*

ORDER

IT IS SO ORDERED the property surety bond securing the attendance of

defendant James Ahn is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall reconvey the property of

the Sureties located as follows:

| | |
|---|---|
| Name of Surety: | Myung Soon Yi |
| Address: | 5032 Sharon Drive, La Palma, CA  90623 |
| | |
| Name of Surety: | Jung Hee Yi |
| Address: | 5032 Sharon Drive, La Palma, CA  90623 |
| | |
| Name of Surety: | Hyun Su Ahn |
| Address: | 13625 Baltimore Ave., # 3, Laurel, MD  20707 |

DATED:  October 8, 2009.

_____
U.S. MAGISTRATE JUDGE

*REQUEST AND PROPOSED ORDER TO EXONERATE BOND*